IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 09 C 5992 |
| EARL A. SUND, JR., individually and d/b/a RED 5 MASONRY, INC., | ) ) ) | JUDGE MATTHEW F. KENNELLY |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment against Defendant, EARL A. SUND, JR., individually and d/b/a RED 5 MASONRY, INC., the default of said Defendant having been entered on January 20, 2010, in the total amount of $20,428.95, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,242.50.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone:  (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

# CERTIFICATE OF SERVICE

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 17th day of February 2010:

       Mr. Earl A. Sund, Jr.
       Red 5 Masonry, Inc.
       10941 Wing Pointe Drive
       Huntley, IL 60142


               /s/ Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\Fvcwj\Red 5 Masonry\#22076\motion.jdg.df.wpd